UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | Magistrate No. 05-281 |
| | : | Magistrate No. 03-546 |
| **TONYA SYKES,** | : | |
| | : | |
| | : | VIOLATION: 18 U.S.C. § 1343 |
| **Defendant.** | : | (Wire Fraud) |

### I N F O R M A T I O N

The United States informs the Court**:**

    A. <u>Introduction</u>

    At all times material to this Information:

    l. Between in or about 1998 and 2003 Defendant TONYA SYKES was employed as a consultant at Accenture, located in Washington, D.C.

    2. Between in or about 1998 and 2003, TONYA SYKES sought reimbursement for various work-related expenses, from Accenture by submitting Time and Expense reports to Accenture by interstate wires, that is via electronic mail from Washington, D.C. to Chicago, Illinois.

    3. From in or about 1998, and continuing through in or about 2003, in the District of Columbia, and elsewhere, defendant TONYA SYKES knowingly and willfully created and executed a scheme to obtain wrongfully the money and property of Accenture by making false representations to Accenture and creating false documents and records and presenting them to Accenture in order to receive amounts of money related to her work related expenses to which she knew she was not entitled.

    4. In furtherance of her scheme and artifice and for the purpose of executing the scheme and artifice on or about October 31, 2002, in the District of Columbia and elsewhere, Defendant TONYA

SYKES did knowingly cause to be transmitted writings, sounds and signals by means of wire communication in interstate commerce an electronic version of a fraudulent Time and Expense report from defendant TONYA SYKES computer in Washington, D.C. to Accenture's offices in Chicago, Illinois via electronic mail for the purpose of obtaining approximately $13,878.44 from Accenture to which she knew she was not entitled.

**(Wire Fraud, in violation of l8 U.S.C. § 1343).**

JEFFREY A. TAYLOR

United States Attorney
D.C. Bar #

By: _____
JULIEANNE HIMELSTEIN
Assistant United States Attorney
D.C. Bar # 417136
United States Attorneys Office
555 4th Street, N.W., Room 4832
Washington, D.C.  20530
(202) 514-8203