AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

FILED
SEP 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Tonya Sykes | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 07-195 |

I, __Tonya Sykes__, the above named defendant, who is accused of

__Wire Fraud in violation of 18 U.S.C § 1343__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Sept. 21, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer