IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 07-195 |
| v. | : |
| TONYA SYKES | : **FILED** |
| Defendant. | : SEP 2 1 2007 |
| | : NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**FACTUAL PROFFER
IN SUPPORT OF GUILTY PLEA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that between on or about September, 1998 and January, 2003, the defendant committed the offense of Wire Fraud, in violation of 18 U.S.C. § 1343.

Between September, 1998 and January, 2003, defendant was employed at an international consulting firm called Accenture as a consultant. During that time, defendant submitted fraudulent Time and Expense Reports (hereinafter referred to as "T and E" reports) for the specific purpose of obtaining greater amounts of money from Accenture to which she knew she was not entitled. As a result of the submissions, defendant received reimbursement for expenses to which she was not entitled in the amount of $118,624.00.

The scheme was as follows: Defendant created an accurate T and E report and submitted it it to her supervisor in October, 2002. Once approved, defendant then created a fraudulent version of the report and submitted it to the Accenture office in Chicago, Illinois. That report contained

inflated claims for expenses which were never incurred by the defendant. These false reports were submitted intentionally via electronic mail from Washington, D.C. to Chicago, Illinois. The total amount of fraudulent submission was $118,624.

On or about October 31, 2002, upon approval of an accurate T and E report by defendant's supervisor, Ms. Sykes created a fraudulent report and submitted it, via electronic mail, from Washington, D.C. to Chicago, Illinois. As a result of that submission, it was Accenture who actually paid Sykes the money which was received by Ms. Sykes.

On January 31, 2003, defendant gave a statement to federal law enforcement agents from the FBI, and admitted that she submitted fraudulent T and E reports.

Defendant knowingly and willfully submitted false T and E reports by transmitting such reports by electronic mail from Washington, D.C. to Chicago, Illinois, to obtain money.

Respectfully submitted,

JEFFERY A. TAYLOR
United States Attorney
Bar No. 498610

By: _____
JULIEANNE HIMELSTEIN
Assistant United States Attorney
D.C. Bar No. #417136
Federal Major Crimes Section
555 4th Street, N.W., 4th floor
Washington, D.C. 20530
(202) 514-8203
julieanne.himelstein@usdoj.gov

**Defendant's Acceptance of Factual Proffer**

I have read entirely this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. The facts set forth above are true and accurate. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_9/21/07_  
Date

_Tonya R. Sykes_ (signature)  
Tonya R. Sykes

**Defense Counsel's Acknowledgment**

I am Tonya R. Sykes' attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with her.

_9/21/07_  
Date

_Dani Jahn_ (signature)  
Dani Jahn, Esq.