UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Cr. No. 07-195 (TFH)** |
| | : | |
| **TONYA SYKES,** | : | |
| | : | |
| **Defendant** | : | |

**UNOPPOSED MOTION
FOR PERMISSION TO TRAVEL OUTSIDE THE UNITED STATES**

Defendant Tonya Sykes, through undersigned counsel, respectfully requests this Court for an ORDER granting her permission to travel to the Virgin Islands for the purpose of attending the wedding of a close family friend. As grounds for this motion, undersigned counsel states:

1. On September 21, 2007, Ms. Sykes pled guilty to Wire Fraud in violation of 18 U.S.C. § 1343 before Magistrate Judge John M. Facciola. After the acceptance of her guilty plea, Magistrate Judge Facciola ordered Ms. Sykes released on her personal recognizance with the condition that she surrender her passport to undersigned counsel. Ms. Sykes was further ordered to report weekly by phone to the pretrial services agency.

2. Ms. Sykes requests permission to leave the D.C. metropolitan area on Wednesday, October 3, 2007, for the purpose of attending a family friend's wedding in the Virgin Islands. Ms. Sykes also requests use of her passport for purposes of travel to and from the Virgin Islands. Ms. Sykes has previously purchased an airplane ticket to depart from Washington, D.C. on October 3, 2007 at 8 a.m. to arrive in Charlotte Amalie at 1:35 p.m., and to return to Washington, D.C. on Sunday, October 7, 2007 at 9:20 p.m. While Ms. Sykes is in the Virgin Islands she will be staying at the Holiday Inn located on Veterans Drive, Charlotte Amalie, VI.

3. Undersigned counsel for Ms. Sykes spoke with counsel for the government, Assistant United States Attorney, Julieanne Himelstein, informing her of this request, to which she has no opposition.

WHEREFORE, it is respectfully requested that this Court issue an ORDER granting Ms. Sykes permission to travel to and from the Virgin Islands for purposes of attending a wedding and the use of her passport in order to effectuate her travel.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


__/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202)  208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Cr. No. 07-195 (TFH)** |
| | : | |
| **TONYA SYKES,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Upon consideration of defendant, Tonya Sykes's, Unopposed Motion for Permission to Travel Outside the United States, it is this _____ day of _____, 2007 hereby

ORDERED that defendant Tonya Sykes's Motion is granted; and it is further

ORDERED that Ms. Sykes be permitted to use her passport on October 3, 2007 to attend a wedding in the Virgin Islands and to return to the United States on October 7, 2007.

_____
THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT COURT CHIEF JUDGE