UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Cr. No. 07-195 (TFH) |
| TONYA SYKES, : | |
| Defendant : | |

## ORDER

Upon consideration of defendant, Tonya Sykes's, Unopposed Motion for Permission to Travel Outside the United States, it is this 25th day of September, 2007 hereby

ORDERED that defendant Tonya Sykes's Motion is granted; and it is further

ORDERED that Ms. Sykes be permitted to use her passport on October 3, 2007 to attend a wedding in the Virgin Islands and to return to the United States on October 7, 2007.

_____
THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT COURT CHIEF JUDGE