UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 07-195 (TFH) |
| : | |
| TONYA SYKES, : | |
| : | |
| Defendant : | |

**UNOPPOSED MOTION
FOR PERMISSION TO TRAVEL**

Defendant Tonya Sykes, through undersigned counsel, respectfully requests this Court for an ORDER granting her permission to travel to St. Louis, Missouri, to spend the holidays with her mother. As grounds for this motion, undersigned counsel states:

1. On September 21, 2007, Ms. Sykes pled guilty to Wire Fraud in violation of 18 U.S.C. § 1343 before Magistrate Judge John M. Facciola. After the acceptance of her guilty plea, Magistrate Judge Facciola ordered Ms. Sykes released on her personal recognizance with the condition that she remain within the Washington, D.C. area. Ms. Sykes was further ordered to report weekly by phone to the pretrial services agency. To date, Ms. Sykes has been compliant with all the conditions of her release.

2. Ms. Sykes requests permission to leave the D.C. metropolitan area on Sunday, December 23, 2007, through Sunday, December 30, 2007, for the purpose of spending the holidays with her mother. While Ms. Sykes is visiting the area of St. Louis, Missouri, she will be staying at her mother's house located 14316 Conway Meadows Court, Chesterfield, Missouri.

3. Undersigned counsel for Ms. Sykes spoke with counsel for the government, Assistant United States Attorney, Julieanne Himelstein, informing her of this request, to which

she has no opposition.

WHEREFORE, it is respectfully requested that this Court issue an ORDER granting Ms. Sykes permission to travel to and from the area of St. Louis, Missouri, for purposes of spending the holidays with her mother.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


__/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202)  208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 07-195 (TFH) |
| | : | |
| **TONYA SYKES,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Upon consideration of defendant, Tonya Sykes's, Unopposed Motion for Permission to Travel to the area of St. Louis, Missouri, it is this _____ day of _____, 2007 hereby

ORDERED that defendant Tonya Sykes's Motion is granted.

THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT COURT CHIEF JUDGE