UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 07-195 (TFH) |
| | : | |
| TONYA SYKES, | : | |
| | : | |
| Defendant | : | |

## ORDER

Upon consideration of defendant, Tonya Sykes's, Unopposed Motion for Permission to Travel to the area of St. Louis, Missouri, it is this _19_ day of _December_, 2007 hereby

ORDERED that defendant Tonya Sykes's Motion is granted.

_____
THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT COURT CHIEF JUDGE