UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :
: Case Number: 07-195 (TFH)
TONYA SYKES :
:
:

ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this __18th__ day of __FEBRUARY__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __2/19/08__ by __JOANNE ALTENBURG__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI-WFO__ _____ for "routine processing." and that this be a condition of being released on bond:

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __JOANNE ALTENBURG__ for the purpose of "routine processing." and at the conclusion thereof to return the defendant to the custody of the Marshal.

*[signature]*
Chief Judge Hogan

CC: Dani Jahn, Esquire