UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-195 (TFH) |
| | : | |
| TONYA SYKES, | : | |
|     Defendant. | : | |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in aid of sentencing.

**I.     BACKGROUND**

The defendant comes before the court to be sentenced pursuant to her guilty plea to one count of wire fraud in violation of 18 U.S.C. § 1343. The facts underlying these offenses are as follows:

While defendant was employed as a consultant with an international consulting firm called Accenture, she submitted fraudulent "Time and Expense" reports. As a result of the fraudulent submissions, defendant received $118,624.

**II.     SENTENCING CALCULATION**

    A.     Statutory Maximums

A violation of Title 18, United States Code, Section 1343 carries a maximum sentence of 20 years in prison, a fine of $250,000, and a term of supervised release of three years.

    B.     Sentencing Guidelines Calculation

The Guideline calculation in the Presentence Report places the defendant's total offense level at 13. See PSR ¶ 58. The PSR calculates the defendant's criminal history score as 0, and her criminal history category as I. See PSR ¶ 27. The Guideline range for the defendant is therefore calculated at 12 to 18 months of imprisonment. See PSR ¶ 58.

### III. AGREEMENT TO PROBATION

Pursuant to paragraph 3 of the plea agreement, parties agree that a sentence of probation is an appropriate sentence under the circumstances. The otherwise statutory and Sentencing Guideline provisions continue to apply–specifically fines and terms of restitution.

#### A. Acceptance of Responsibility

The defendant demonstrated an acceptance of responsibility for her conduct underlying the charges for which she has entered a plea. See PSR ¶ 23.

#### B. Basis for Government's Sentencing Recommendation

The government is requesting a sentence of probation plus restitution in the amount of $118,624. Such a sentence is more than supported by: (1) the facts surrounding defendant's offenses, and (2) the lack of criminal record; and (3) her clear acceptance of responsibility.

Wherefore, the government respectfully requests that the Court sentence the defendant to a period of probation with an order of restitution in the amount of $118,624.

Respectfully submitted,

JEFFERY A . TAYLOR
United States Attorney
Bar No. 498610


/s/
_____
JULIEANNE HIMELSTEIN
Assistant United States Attorney
Federal Major Crimes Section, Bar No. 417-136
555 4th Street, NW, Room 4832
Washington, DC   20530
202-514-8203
julieanne.himelstein@usdoj.gov