UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TONYA SYKES,<br><br>       Defendant. | Cr. No. 07-195 (TFH) |

### ORDER

At the hearing that took place on March 3, 2008, the Court ordered the United States to review its records of other cases involving the embezzlement of money in amounts similar to the amount at issue here and to provide the Court with an analysis explaining whether the proposed sentence in this case is consistent with sentences imposed in other such cases. Yesterday, the United States filed a Justification For Acceptance Of 11(c)(1)(C) Plea [Docket No. 18] that omits the requested analysis. Accordingly, the Court hereby

**ORDERS** that, on or before May 20, 2008, the United States shall supplement its Justification For Acceptance Of 11(c)(1)(C) Plea [Docket No. 18] with the requested information.

     SO ORDERED.

May 13th, 2008

Thomas F. Hogan
United States District Judge