UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 07- 195-01(THH) |
| : | |
| TONYA SYKES, : | |
| : | |
| Defendant. : | |

# GOVERNMENT'S SUPPLEMENTAL TO JUSTIFICATION FOR ACCEPTANCE OF 11(c)(1)(C) PLEA

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia, hereby submits its supplemental memorandum in support of the plea entered into by the parties pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

Government counsel surveyed other fraud cases which have been disposed of by 11(c)(1)(C) pleas:

| Loss | Ageed upon Sentence |
|---|---|
| 5.9 million | 70 months |
| $872,000 | 37 months |
| 16 million (corporation) | 5 years probation |
| 1 million $750,000 | 46 months |

Accordingly, the United States requests the Court to accept Defendant's plea.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____
Julieanne Himelstein
Assistant United States Attorney
Bar No. 417-136
555 4th Street NW, Room 4832
Washington, DC 20530
Julieanne.Himelstein@usdoj.gov