UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TONYA SYKES,<br><br>     Defendant. | Cr. No. 07-195 (TFH) |

## ORDER

At a hearing that took place on March 3, 2008, the Court expressed its concern about accepting the Fed. R. Crim. P. 11(c)(1)(C) plea agreement that was proffered in this case given the seriousness of the crime, which involved the embezzlement of over $100,000 from a corporation, the fact that the crime continued for a period of about five years, and, among other considerations, the fact that the agreement would bind the Court to impose a sentence of probation plus restitution. Accordingly, the Court ordered the parties to submit additional legal briefs further justifying the plea agreement. The Court also ordered the United States to provide an analysis explaining whether the proposed sentence in this case is consistent with sentences imposed in other similar cases.

In response, the defendant elected to forego filing a brief, notwithstanding defense counsel's request for a liberal briefing schedule to allow her time to prepare said brief in light of other personal commitments. The United States filed Government's Justification For Acceptance Of 11(c)(1)(C) Plea [Docket No. 18], but that document omitted the requested analysis of similar cases. Consequently, on May 13, 2008, the Court issued another order reiterating its prior request and setting a new date to supplement the record. Five days later, the United States filed



Government's Supplemental To Justification [sic] For Acceptance Of 11(c)(1)(C) Plea [Docket No. 20], which contained no analysis; instead, the essentially one-page document merely listed the dollar amount of the loss in other cases and the sentence that was imposed without offering any relevant facts about the cases.

This order serves simply to place the parties on notice that the Court continues to harbor the same concerns – first expressed more than three months ago – about the proposed plea agreement. Accordingly, the parties should be prepared to fully respond to the Court's concerns at the hearing currently scheduled to take place next week.

**SO ORDERED.**

June 23rd, 2008

Thomas F. Hogan
United States District Judge